IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | MJ 19-73-BLG-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING PRELIMINARY HEARING AND SETTING DETENTION HEARING** |
| WILLIAM WATSON, | |
| Defendant. | |

Defendant William Watson ("Defendant") requested a preliminary hearing on October 11, 2019, during proceedings held before this Court. Defendant has subsequently moved the Court to vacate the preliminary hearing presently set for Thursday, October 17, 2019, at 9:30 a.m. (Doc. 5.) Defendant then filed an Unopposed Motion for Detention Hearing. (Doc. 7.)

Accordingly, IT IS ORDERED that the Court will conduct a Detention Hearing in this matter on **October 18, 2019, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 15th day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge